```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
725 EATERY CORP., 59 MURRAY ENTERPRISES                           :
INC., CLUB AT 60TH STREET, 336 LLC,                               :
                                                                  :
                              Plaintiffs,                         :     02-cv-4431, 02-cv-4432, 02-
                                                                  :     cv-8333, 18-cv-3732 (LJL)
           -v-                                                    :
                                                                  :              ORDER
CITY OF NEW YORK,                                                 :
                                                                  :
                              Defendant.                          :
                                                                  X
-------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2021

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. It is hereby:

    ORDERED that the parties shall submit a joint letter to the Court updating the Court on the status of the case no later than August 6, 2021 at 5:00 p.m. Pursuant to Paragraph 1(A) of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.), parties should file the letter on ECF and should not submit courtesy copies. The status letter should address the following subjects:

1. A brief statement of the nature of the case and the principal defenses thereto;

2. A statement of all existing deadlines, due dates, and/or cut-off dates;

3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;

4. A statement describing the status of any discovery in the case;

5. A statement describing the status of any settlement discussions.

    The parties are directed to appear for a telephonic status conference on August 26, 2021 at 12:00 p.m. to discuss the status of the case. Parties are directed to dial (888) 251-2909 and use access code 2123101.

    SO ORDERED

Dated: July 28, 2021  
       New York, New York  
                                                   LEWIS J. LIMAN  
                                                   United States District Judge