USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
689 EATERY CORP., etc. *et ano*,
      Plaintiffs,  :

   -v-        :

CITY OF NEW YORK, *et al.*,   :
      Defendants.  :
------------------------------------------------------------X

02-cv-4431 (LJL)

ORDER

------------------------------------------------------------X
59 MURRAY ENTERPRISES, INC. etc., *et ano.*,
      Plaintiffs,  :

   -v-        :

CITY OF NEW YORK, *et al.*,   :
      Defendants.  :
------------------------------------------------------------X

02-cv-4432 (LJL)

ORDER

------------------------------------------------------------X
CLUB AT 60TH STREET, *et al.*,  :
      Plaintiffs,  :

   -v-        :

CITY OF NEW YORK,    :
      Defendant.  :
------------------------------------------------------------X

02-cv-8333 (LJL)

ORDER

------------------------------------------------------------X
336 LLC, etc., *et al.*,    :
      Plaintiffs,  :

   -v-        :

CITY OF NEW YORK,    :
      Defendant.  :
------------------------------------------------------------X

18-cv-3732 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

   The Clerk of Court is respectfully directed to enter judgment in each of the above-captioned cases.

SO ORDERED.

Dated: February 22, 2024
      New York, New York

LEWIS J. LIMAN
United States District Judge