UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
59 MURRAY ENTERPRISES, INC., d/b/a/        Docket No.
"New York Dolls";        02-cv-4431 (LJL)
AAM HOLDING CORP., d/b/a
"Private Eyes";
WEST 20TH ENTERPRISES CORP., d/b/a
"VIP Club New York"; and
JNS VENTURES LTD., d/b/a
"Vixen",

                      Plaintiffs,            **NOTICE OF APPEAL**

-against-

CITY OF NEW YORK;
BILL DE BLASIO, as Mayor of the City
of New York; and
RICK D. CHANDLER, as Commissioner
of Buildings of the City of New York,

                      Defendants.
-----------------------------------------------------------------X

***PLEASE TAKE NOTICE,*** that plaintiffs, 59 MURRAY ENTERPRISES, INC., d/b/a/ "New York Dolls", AAM HOLDING CORP., d/b/a "Private Eyes", WEST 20TH ENTERPRISES CORP., d/b/a "VIP Club New York", and JNS VENTURES LTD., d/b/a "Vixen", hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated February 9, 2024 and the Judgment entered thereon, dated February 23, 2024, which found in favor of defendants on each of plaintiffs' claims and dismissed this action in its entirety.

Dated: March 1, 2024

    Yours, etc.,

    **EDWARD S. RUDOFSKY**
    *Attorney for Plaintiffs*
    Five Arrowwood Lane
    Melville, New York  11747
    (917) 913-9697

    By: _____
        Edward S. Rudofsky
        ed@rudofskylaw.com

TO: Clerk of the Court
     All Counsel
     (Via E-Filing)