# ZANE AND RUDOFSKY
*Attorneys and Counsellors at Law*

THE STARRETT LEHIGH BUILDING
601 WEST 26TH STREET
NEW YORK 10001

(212) 245-2222

FAX (212) 541-5555 • VOICEMAIL (212) 541-4444
E-MAIL info@zrlex.com • WEBSITE http://www.zrlex.com

**Please Note Our New Contact Information:**
c/o Edward S. Rudofsky, P.C., Five Arrowwood Lane, Melville, New York 11747
ed@rudofskylaw.com; 917-913-9697

March 15, 2024

Hon. Lewis J. Liman, U.S.D.J.                                                *Via ECF*
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **59 Murray Enterprises, Inc. etc., et ano. v. City of New York, et al.,
      Docket No. 02 CV 4432 (LJL) ("Action No. 2")**

Dear Judge Liman:

We represent the plaintiffs in Action No. 2, and write on behalf of all counsel to request that the Court "so order" the within Stipulation.

On March 13, 2024, we submitted a consent motion to the Court of Appeals requesting substitution of Twenty West Partners, Inc. d/b/a "Wonderland" for West 20th Enterprises, Inc. d/b/a "Club VIP New York" pursuant to Rule 43 of the Federal Rules of Appellate Procedure.

Earlier today, March 15, 2024, we were advised by the Court of Appeals' Clerk's Office that the motion will be held in abeyance pending notice to and Your Honor's approval of the substitution. We accordingly request that Your Honor "so order" the within Stipulation, providing for the substitution.

As always, we thank the Court in advance for its favorable consideration of the Stipulation.

Respectfully,

Edward S. Rudofsky

Enclosure a/s

Cc: All Counsel (Via E-Filing)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
59 MURRAY ENTERPRISES, INC., d/b/a/
 "New York Dolls";
AAM HOLDING CORP., d/b/a
"Private Eyes";
WEST 20TH ENTERPRISES CORP., d/b/a
 "VIP Club New York"; and
JNS VENTURES LTD., d/b/a
"Vixen",

       Plaintiffs,

-against-

CITY OF NEW YORK;
BILL DE BLASIO, as Mayor of the City
of New York; and
RICK D. CHANDLER, as Commissioner
of Buildings of the City of New York,

       Defendants.
------------------------------------------------------------X

Docket No.
02-cv-4432 (LJL)

**STIPULATION
AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED,** that TWENTY WEST PARTNERS, INC. d/b/a "Wonderland," be substituted in this action in the place and stead of WEST 20TH ENTERPRISES CORP., d/b/a "VIP Club New York."

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be signed in counterparts and that facsimile signatures shall be deemed original for all purposes.

1

02-cv-4432(LJL)
Page 2

Dated: March 15, 2024

        **EDWARD S. RUDOFSKY**
        *Attorney for Plaintiffs*
        Five Arrowwood Lane
        Melville, New York 11747
        (917) 913-9697

        By: _____
            Edward S. Rudofsky
            ed@rudofskylaw.com

        **HON. SYLVIA O. HINDS-RADIX**
        *Attorney for Defendants*
        Office of the Corporation Counsel
        of the City of New York
        100 Church Street
        New York, NY 10007
        (212) 356-1000

        By: _____
            Mark W. Muschenheim
            Assistant Corporation Counsel
            mmuschen@law.nyc.gov

**SO ORDERED:**

New York, New York
March 15, 2024

_____
LEWIS J. LIMAN
United States District Judge

2